FILED
FEB 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          MB          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>FRANCISCO ZAMUDIO-NUNEZ,<br><br>          Defendant. | Criminal Case No. 08CR 0507-DMS<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony);<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

Count 1

On or about January 22, 2008, within the Southern District of California, defendant FRANCISCO ZAMUDIO-NUNEZ, did knowingly and intentionally import 50 grams or more, to wit: approximately 8.08 kilograms (17.78 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

WDK:psd:Imperial
2/21/08

### Count 2

On or about January 22, 2008, within the Southern District of California, defendant FRANCISCO ZAMUDIO-NUNEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 44.64 kilograms (98.21 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney