# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.  FRANCISCO ZAMUDIO-NUNEZ  [1]  08CR0507-DMS

[]  []

The Honorable: RUBEN B. BROOKS

Atty  TIMOTHY A. SCOTT  for  [1]  -  CJA

Atty  ___  for  []  -

Atty  ___  for  []  -

RBB 08-1: 1043-1055   3 min

GVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED.
ALL PENDING DATES VACATED.
ISSUED ABSTRACT TO USM.

Date: 04/11/08

END OF FORM                             by   VTL