

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 16 AM 11:37

| UNITED STATES OF AMERICA, | CASE NO. 08CR0507-DMS |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FRANCISCO ZAMUDIO-NUNEZ, | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __as charged in the Information.__

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/11/08

RUBEN B. BROOKS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____