

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 APR 18 PM 4:10        08 APR 16 AM 11:37

UNITED STATES OF AMERICA,

                        Plaintiff,

            vs.

FRANCISCO ZAMUDIO-NUNEZ,

                        Defendant.

CASE NO. 08CR0507-DMS

**JUDGMENT OF DISMISSAL**

         IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

__X__  an indictment has been filed in another case against the defendant and
       the Court has granted the motion of the Government for dismissal of
       this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of
       acquittal; or

_____  a jury has been waived, and the Court has found the defendant not
       guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: _as charged in the Information._

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/11/08

                                    RUBEN B. BROOKS
                                    UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 4/11/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____